UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMIL HAKIME,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/28/2022_

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference in this matter on **January 18, 2023**, at **3:30 p.m.**

    SO ORDERED.

Dated: December 28, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge