```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

              -against-

JAMIL HAKIME,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2023_

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for January 18, 2023, at 3:30 p.m., is RESCHEDULED to **January 17, 2023**, at **4:00 p.m.**

SO ORDERED.

Dated: January 9, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge