USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2023_

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Stre[et]
Tel:

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2023

*By ECF*

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jamil Hakime*, 22 Cr. 699 (AT)

Dear Judge Torres:

    I write to respectfully request that the Court schedule a bail hearing in this matter. Mr. Hakime was arrested on December 2, 2022, and presented that same day before Magistrate Judge Aaron. After argument, Judge Aaron found that there was no combination of conditions that could reasonably assure the safety of the community, and ordered Mr. Hakime detained.

    There are, however, conditions of release that can reasonably assure the safety of the community, as well as Mr. Hakime's appearance in court. Accordingly, I respectfully move for a revocation of the detention order pursuant to 18 U.S.C. § 3145(b), and request that the Court schedule a bail hearing to review that order at its earliest convenience.

    Thank you for your consideration of this request.

---

DENIED. The Court shall review Judge Aaron's decision based on the record of the proceedings before him. *See United States v. Fox*, No. 22 Cr. 53, 2022 WL 1420780, at *3 (W.D.N.Y. May 5, 2022) (citation omitted), *aff'd*, No. 22-1043, 2022 WL 2564600 (2d Cir. July 8, 2022).

SO ORDERED.

Dated: January 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge