UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JAMIL HAKIME,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for January 17, 2023, is ADJOURNED to **January 24, 2023**, at **10:40 a.m.**

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge