```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMIL HAKIME,

               Defendant.

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' respective proposed protective orders. ECF No. 20-1; ECF No. 21, Exhibit A. The Court finds that the Government has not met its burden of showing good cause for a blanket protective order. *See United States v. Smith*, 985 F. Supp. 2d 506, 522, 524 (S.D.N.Y. 2013); *In re Terrorist Attacks on September 11, 2001*, 454 F. Supp. 2d 220, 222 (S.D.N.Y. 2006). Accordingly, the parties are directed to submit a revised proposed protective order by **February 1, 2023**.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 20–21.

    SO ORDERED.

Dated: January 25, 2023
       New York, New York

                                         ANALISA TORRES
                                 United States District Judge