```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/2/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

22 Cr. 699 (AT)

JAMIL HAKIME,

**ORDER**

                          Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' proposed protective order. ECF No. 23-1. The Court will not retain jurisdiction to enforce the order following termination of the case. *Id.* ¶ 16. The parties are directed to submit a revised proposed protective order by **February 9, 2023**.

        SO ORDERED.

Dated: February 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge