```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JAMIL HAKIME,

               Defendant.

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change of plea hearing for Defendant Jamil Hakime on **March 14, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge