USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/15/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMIL HAKIME,

                    Defendant.

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for March 28, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge