USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/28/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMIL HAKIME,

                  Defendant.

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for July 18, 2023, is ADJOURNED to **July 19, 2023**, at **11:00 a.m.**

    SO ORDERED.

Dated: June 28, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge