UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JAMIL HAKIME,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2023
```

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The evidentiary hearing scheduled for September 19, 2023, is ADJOURNED to **October 3, 2023,** at **2:30 p.m**.  By **September 19, 2023**, the parties shall (1) file a joint letter setting forth the parties' respective witness lists and proposed exhibits and (2) provide the Court with electronic copies of the parties' proposed documentary evidence.[1]

       SO ORDERED.

Dated: July 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Should the Court need hard copies of any of the parties' proposed exhibits or other documentary evidence, it shall so advise the parties.