UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JAMIL HAKIME,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/11/2023_

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The evidentiary hearing and sentencing scheduled for October 3, 2023, are ADJOURNED to **October 5, 2023, at 2:30 p.m. and 3:00 p.m.**, respectively.

    The parties are reminded that, as stated in the Court's July 19, 2023 Order, "[b]y **September 19, 2023**, the parties shall (1) file a joint letter setting forth the parties' respective witness lists and proposed exhibits and (2) provide the Court with electronic copies of the parties' proposed documentary evidence." ECF No. 40.

    SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                        ANALISA TORRES
                                                United States District Judge