UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    -against-

JAMIL HAKIME,

                                    Defendant.

```
┌──────────────────────────────────────┐
│ USDC SDNY                              │
│ DOCUMENT                               │
│ ELECTRONICALLY FILED                   │
│ DOC #: _____                  │
│ DATE FILED:   9/26/2023                │
└──────────────────────────────────────┘
```

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing of Defendant Jamil Hakime currently scheduled for October 5, 2023, is ADJOURNED *sine die*. The Court shall schedule a date for sentencing following the October 5, 2023 evidentiary hearing.

SO ORDERED.

Dated: September 26, 2023
       New York, New York

ANALISA TORRES
United States District Judge