```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

JAMIL HAKIME,

                    Defendant.

22 Cr. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter is SCHEDULED for **February 6, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: January 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge